■ In the Matter of the Estate of SCHUYLER BEATTIE, Deceased.—Order

unanimously affirmed, with costs, on the opinion at Surrogate's Court, Hogan, S. (Appeal from order of Niagara County Surrogate's Court—payment of claim.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Moule, JJ.